## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Case No. 17-cv-00879-J |
| and | ) ) |
| WILBERT GLOVER, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| HORIZONTAL WELL DRILLERS, LLC, | ) ) ) |
| Defendant. | ) |

### JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission (EEOC), Plaintiff-Intervenor Wilbert Glover ("Glover"), and Defendant Horizontal Well Drillers LLC (HWD) respectfully move this Court for approval and entry of the attached Consent Decree agreed upon by the Parties. In support of this Motion, the Parties state:

1. This lawsuit was filed on August 16, 2017.

2. The Parties have reached a negotiated settlement of this case in the form of a Consent Decree. A copy of the proposed Consent Decree, executed by the parties, is attached as Exhibit A for the Court's review and approval.

3. The EEOC will submit an electronic version of the proposed Consent Decree for the Court's signature and entry.

WHEREFORE the parties respectfully move this Court to enter the consent decree attached hereto as Exhibit A.

Respectfully submitted,

/s/ Patrick J. Holman
PATRICK J. HOLMAN, OBA No. 21216
Senior Trial Attorney
Equal Employment Opportunity Commission
Oklahoma City Area Office
215 Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
(405) 231-4363 (telephone)
(405) 231-4375 (fax)
patrick.holman@eeoc.gov

LAUREN W. JOHNSTON, OBA NO. 22341
Senior Trial Attorney
Equal Employment Opportunity Commission
Oklahoma City Area Office
215 Dean A. McGee Ave, Suite 524
Oklahoma City, OK 73102
(405) 231-5829 (telephone)
(405) 231-4375 (fax)
lauren.johnston@eeoc.gov
ATTORNEYS FOR PLAINTIFF

**FOR PLAINTIFF-INTERVENOR WILBERT GLOVER:**

/s/ Jonathan E. Shook*
JONATHAN E. SHOOK, OBA 17343
Shook & Johnson, PLLC
7420 S. Yale Ave.
Tulsa, OK 74136
918.293.1122 (phone)
918.293.1133 (fax)
jshook@shookjohnson.com
ATTORNEY FOR PLAINTIFF-INTERVENOR
*Signed by EEOC with consent of counsel*

2

**FOR DEFENDANT HORIZONTAL WELL DRILLERS LLC:**

/s/ John H. Tucker*
JOHN H. TUCKER, OBA NO. 9110
DENELDA L. RICHARDSON, OBA NO. 20103
Rhodes Hieronymus Jones Tucker & Gable, PLLC
P.O. Box 21100
Tulsa, OK 74121
918.582.1173 (phone)
918.592.3390 (fax)
jtucker@rhodesokla.com
drichardson@rhodesokla.com
ATTORNEYS FOR DEFENDANT
*Signed by EEOC with consent of counsel*