# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,          Plaintiff, and WILBERT GLOVER,          Plaintiff-Intervenor, v. HORIZONTAL WELL DRILLERS, LLC,          Defendant. | Case No. CIV-17-00879-J |

## ORDER

Plaintiff Equal Employment Opportunity Commission (EEOC) filed this action against Defendant Horizontal Well Drillers, LLC (HWD) to enforce provisions of Title I of the Americans with Disabilities Act of 1990, the Age Discrimination in Employment Act of 1967, Title II of the Genetic Information Non-Discrimination Act of 2008, and Title VII of the Civil Rights Act of 1964, to correct alleged unlawful employment actions on the basis of age, disability, and genetic information, and to provide appropriate relief to Charging Party Wilbert Glover and other employees and job applicants harmed as a result of HWD's alleged unlawful employment actions. Glover intervened in this action on October 30, 2017.

In light of the cessation of HWD's business operations and in the interest of reaching a negotiated resolution of this case, the parties agree that this action should be finally resolved by entry of this Decree and that this Decree is fair, reasonable, and not contrary to law. The parties

agree to the jurisdiction of this Court over the subject matter of this action and the parties to the case. The parties have filed a joint motion to approve the Decree [Doc. No. 97]. Having reviewed the submissions, the Court GRANTS the motion and enters the following Consent Decree:

1. Judgment is entered in favor of the Commission and Plaintiff-Intervenor and against HWD in the amount of Six Hundred Fifty Thousand Dollars ($650,000.00).

2. As set forth in a separate Order for Payment and Distribution of Settlement Funds, incorporated by reference, HWD shall pay the full judgment to the Clerk of the Court, who will then distribute One Hundred Fifty Thousand Dollars ($150,000.00) to Wilbert Glover and his attorneys and Five Hundred Thousand Dollars ($500,000.00) to other aggrieved individuals identified by the EEOC.

3. In the event of non-payment, it is acknowledged that the monetary relief provided for herein is a debt owed to and collectible by the United States, or its proxy, notwithstanding that Glover or any aggrieved individual is the ultimate beneficiary of such monetary relief.

4. The receipt of monetary relief by any aggrieved individual shall not be conditioned upon his or her agreement to: (a) maintain as confidential the terms of this Decree or the facts of the case; (b) waive his/her statutory right to file a charge for future conduct with any federal or state anti-discrimination agency; (c) a non-disparagement agreement; (d) execute a general release; or (e) any other terms or conditions not explicitly stated in this Decree.

5. Prior to receiving payment under this Consent Decree, Glover will sign a Settlement Agreement and Release, by and between himself and HWD and which is incorporated by reference, and each aggrieved individual will sign a release in the form of Exhibit 1.

6. By entering into this Consent Decree, the parties intend to resolve only the charge of discrimination filed by Glover, the claims brought by the EEOC, and the claims Glover brought or could have brought in this lawsuit.

7. This Court shall retain jurisdiction to ensure compliance with this Decree.

8. This Decree shall remain in effect until HWD has fulfilled all its terms and all settlement funds have been paid, after which the EEOC and Glover will file a satisfaction of judgment and the case shall be administratively closed.

9. Each party shall bear its own costs.

IT IS SO ORDERED this 28th day of April, 2020.


BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

ENTERED AND APPROVED:

**FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:**

SHARON FAST GUSTAFSON
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

/s/ Andrea G. Baran
ANDREA G. BARAN, MO Bar No. 46520
Regional Attorney
C. FELIX MILLER, MO Bar No. 28309
Supervisory Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

St. Louis District Office
1222 Spruce St., Room 8.100
St. Louis, MO 63103
(314) 539-7914 (telephone)
(314) 539-7895 (fax)
andrea.baran@eeoc.gov
felix.miller@eeoc.gov

PATRICK J. HOLMAN, OBA No. 21216
Senior Trial Attorney
LAUREN W. JOHNSTON, OBA NO. 22341
Senior Trial Attorney
Equal Employment Opportunity Commission
Oklahoma City Area Office
215 Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
(405) 231-4363 (telephone)
(405) 231-4375 (fax)
patrick.holman@eeoc.gov
lauren.johnston@eeoc.gov

ATTORNEYS FOR PLAINTIFF


**FOR PLAINTIFF-INTERVENOR WILBERT GLOVER:**

/s/ Jonathan E. Shook
JONATHAN E. SHOOK, OBA 17343
Shook & Johnson, PLLC
7420 S. Yale Ave.
Tulsa, OK 74136
918.293.1122 (phone)
918.293.1133 (fax)
jshook@shookjohnson.com

ATTORNEY FOR PLAINTIFF-INTERVENOR

**FOR DEFENDANT HORIZONTAL WELL DRILLERS LLC:**

/s/ John H. Tucker
JOHN H. TUCKER, OBA NO. 9110
DENELDA L. RICHARDSON, OBA NO. 20103
Rhodes Hieronymus Jones Tucker & Gable, PLLC

P.O. Box 21100
Tulsa, OK 74121
918.582.1173 (phone)
918.592.3390 (fax)
jtucker@rhodesokla.com
drichardson@rhodesokla.com

ATTORNEYS FOR DEFENDANT